ANNA M. HEDSTROM et al., Appellants, *v.* GEORGE D. HARRIS et al., Respondents.

*Hedstrom* v. *Harris,* 108 App. Div. 358, affirmed.
(Argued December 17, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 13, 1905, affirming a judgment in favor of defend-

ants entered upon a verdict directed by the court in an action to recover an amount alleged to be due for goods sold and delivered.

*George P. Keating* and *William A. Douglas* for appellants.

*Patrick C. Dugan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, WERNER and CHASE, JJ. Dissenting: GRAY, J. Not voting: EDWARD T. BARTLETT, J. Not sitting: HISCOCK, J.